No. 10–5353. VELARDE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 10–5354. VASQUEZ ET AL. v. WALKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5355. LEWIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5356. LORAY v. UNITED STATES; and
No. 10–5654. STANLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5357. JACKSON v. BITTICK ET AL. Sup. Ct. Ga. Certiorari denied.

No. 10–5358. MATHEWS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–5359. LEWIS v. WASHINGTON DEPARTMENT OF CORRECTIONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5360. NOEL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5361. MERLINO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–5362. PIERCE v. CITY OF MULLINS POLICE DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–5363. WALKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5364. WILLIAMS v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5366. WALKER v. PHELPS, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–5367. WALLACE v. LOUISIANA. Sup. Ct. La. Certiorari denied.